

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAUL RAMOS,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:15-cv-00071 |
| v. | )<br>) | **ORDER** |
| J.A. WOODSON, <u>et al.</u>,<br>    Defendants. | )<br>)<br>) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to exhaust administrative remedies, pursuant to 42 U.S.C. § 1997e(a); all pending motions are **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 27th day of February, 2015.

                                                      Senior United States District Judge